IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

QIANDRA SMITH                                                              PLAINTIFF

VS.                                                   CIVIL ACTION NO. 2:19-cv-86-KS-RHW

COMMISSIONER OF SOCIAL SECURITY                                  DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on July 1, 2019, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motion for Leave to Proceed *in forma pauperis* [2] is DENIED.

SO ORDERED, this the  28th    day of August, 2019.


                                                   ___s/Keith Starrett_____
                                                   UNITED STATES DISTRICT JUDGE