IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

QIANDRA SMITH                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 2:19-cv-86-KS-RHW

COMMISSIONER OF SOCIAL SECURITY                                   DEFENDANT

ORDER

This cause is before the Court upon the Report and Recommendation [8] entered by Honorable Robert H. Walker, United States Magistrate Judge. The Report and Recommendation was filed September 30, 2019 and no Objection has been filed.by the Plaintiff. The Court finds that the Report and Recommendation [8] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motion [6] for leave to proceed *in forma pauperis* is DENIED.

SO ORDERED, this the __29th__ day of January, 2020.

                                                                  s/Keith Starrett
                                               UNITED STATES DISTRICT JUDGE